UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ALAN RAYMOND SCHOLEFIELD, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 08-391-B-W |
| | ) | |
| RIVERVIEW PSYCHIATRIC CENTER, et al., | ) ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER AFFIRMING THE**
**<u>RECOMMENDED DECISION OF THE MAGISTRATE JUDGE</u>**

The United States Magistrate Judge filed with the Court on March 10, 2009 her Recommended Decision. The Plaintiff filed his objections to the Recommended Decision on May 26, 20099 and Defendant Dr. Castellanos filed his response to those objections on May 29, 2009. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a <u>de novo</u> determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that Defendant Dr. Castellanos' Motion to Dismiss (Docket # 23) be and hereby is <u>GRANTED</u>.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 30th day of June, 2009